UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STEPHENSON,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF PLACER,<br><br>    Defendant. | No.  2:20-cv-2227 DB P<br><br><br><br>ORDER |

Plaintiff, a civil detainee proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis. (ECF Nos. 1, 2). Plaintiff has not submitted either filing on a proper form.

Plaintiff will be granted thirty days to submit a first amended complaint and a new application to proceed in forma pauperis on the proper forms. Plaintiff is cautioned that he must complete the forms in their entirety.

The amended complaint must be a short and plain statement of his claims which shows that he is entitled to relief. See Fed. R. Civ. P. 8(a)(2). Plaintiff should also note that the in forma pauperis application includes a section that must be completed by a prison official, and the application must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

////

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Clerk of Court shall send plaintiff copies of this court's Civil Rights Complaint By A Prisoner and Application to Proceed In Forma Pauperis By A Prisoner forms, and

3  2. Within thirty days of the date of this order, plaintiff shall file a first amended complaint and a proper, completed in forma pauperis application.

4  Plaintiff is cautioned that failure to comply fully with this order may result in a recommendation that this action be dismissed without prejudice.

Dated: November 18, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/step2227.3d