UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STEPHENSON, | No. 2:20-cv-02227 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF PLACER, | |
| Defendant. | |

Plaintiff is a civil detainee, proceeding pro se and in forma pauperis, with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff has filed a "motion to have admissions considered admitted" with the court. (ECF No. 23.) This motion references a discovery request made by the plaintiff to defendant under Rule 36 of the Federal Rules of Civil Procedure. However, the findings and recommendations on defendant's motion to dismiss are still pending. (See ECF No. 18.) If these findings and recommendations are adopted, defendant will then be required to file an answer to plaintiff's complaint. At that time, the court would issue a discovery and scheduling order opening discovery.

As the findings and recommendations have not been adopted and are still pending, plaintiff's discovery request and its associated motion are premature. Accordingly, the court will deny plaintiff's motion without prejudice to its renewal at a later stage of the proceedings.

////

1

Given the above, IT IS SO ORDERED that plaintiff's motion to have admissions considered admitted is denied without prejudice.

DATED: May 2, 2022

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/step2227.disc

2