UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STEPHENSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF PLACER,<br><br>　　　　Defendant. | No. 2:20-cv-2227 KJM DB P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 8, 2022, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  (ECF No. 25 at 8.)  Defendants have filed objections to the findings and recommendations.  (ECF No. 26.)  Plaintiff has filed a response to those objections.  (ECF No. 27.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 8, 2022 (ECF No. 25) are adopted in full;

2. Defendant's motion to strike plaintiff's opposition to defendant's motion to dismiss (ECF No. 15) is denied;

3. Defendant's motion to dismiss (ECF No. 13) is denied; and

4. Defendant is ordered to file a responsive pleading within forty-five days.

DATED: January 17, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE