UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STEPHENSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF PLACER,<br><br>　　　　　Defendant. | No.  2:20-cv-02227 DJC DB P<br><br><br>ORDER |

Plaintiff William Stephenson, a state prisoner, proceeds pro se and seeks relief under 42 U.S.C. § 1983. On March 31, 2023, plaintiff filed a motion for leave to amend the complaint. (ECF No. 34.) Defendant, County of Placer, filed a statement of non-opposition to that motion. (ECF No. 37.) Plaintiff has obtained the opposing party's written consent and may amend the complaint. See Fed. R. Civ. P. 15(a)(2).

For the foregoing reasons, IT IS HEREBY ORDERED:

1. Plaintiff's March 31, 2021 motion for leave to amend the complaint (ECF No. 34) is granted.

2. Plaintiff may file an amended complaint within 30 days of the date of this order.

Dated:  May 14, 2023

DLB7
step2227.10

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE