UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STEPHENSON,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTY OF PLACER,<br><br>   Defendant. | No. 2:20-cv-2227 DJC SCR P<br><br><br><br>ORDER |

Plaintiff has requested an extension of time to file objections the court's September 19, 2024, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 65) is granted; and

2. Plaintiff is granted 21 days from the date of this order in which to file objections to the findings and recommendations (ECF No. 64).

DATED: October 4, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE