UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STEPHENSON,<br><br>         Plaintiff,<br><br>   v.<br><br>COUNTY OF PLACER,<br><br>         Defendant. | No.  2:20-cv-2227 DJC SCR P<br><br>ORDER |

Plaintiff, a former jail detainee proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 19, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 64) are adopted in full.

2. Defendants' motion for summary judgment (ECF No. 52) is granted and Plaintiff's motion for summary judgment (ECF No. 54) is denied.

3. Judgment is entered in favor of defendant County of Placer.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **February 14, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

SCR\LS.step2227.805

2